**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| HOWARD HUDSON, | : | |
| | | Civil Action No. 10-5159 (JBS) |
| Petitioner, | : | |
| | | |
| v. | : | **O R D E R** |
| WARDEN, | : | |
| | | |
| Respondent. | : | |

For the reasons expressed in the Opinion filed herewith,

It is on this __23rd__ day of __November__, **2011**;

**ORDERED** that Petitioner's motion for reconsideration (docket entry 4) is hereby **DENIED**; and it is further

**ORDERED** that this case will remain closed.

__s/ Jerome B. Simandle__
JEROME B. SIMANDLE
United States District Judge